IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AL PEOPLES, | ) |
| | ) Civil Action No. 07 - 841 |
| Plaintiffs, | ) |
| | ) Judge Joy Flowers Conti / |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| JEFFREY A. BEARD, SECRETARY OF DOC; | ) |
| LOIUS L. FOLINO, SUPERINTENDENT OF | ) |
| S.C.I. GREENE; DEPARTMENT OF | ) |
| CORRECTIONS OFFICIALS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

The above captioned case was initiated on June 12, 2007 and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On July 9, 2007, Plaintiff filed an "Emergency/Immediate Motion for Preliminary Injunction asserting the same allegations as he set forth in his Complaint (doc. no. 3). The Magistrate Judge filed a Report and Recommendation on July 10, 2007 (doc. no. 6), recommending that Plaintiff's Emergency/Immediate Motion for Preliminary Injunction be denied. No objections have been filed. After review of the pleadings and documents in the case, together with the Report and Recommendations, the following order is entered:

**AND NOW**, this 11th day of September, 2007;

**IT IS HEREBY ORDERED** that Plaintiff's Emergency/Immediate Motion for Preliminary Injunction (doc. no. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 6) of Magistrate Judge Lenihan dated July 10, 2007 is **ADOPTED** as the Opinion of the Court.

By the Court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:     Lisa Pupo Lenihan
        United States Magistrate Judge

        Al Peoples EG - 0648
        SCI- GREENE
        175 Progress Drive
        Waynesburg, PA 15370